FILED
CLERK, U.S. DISTRICT COURT
NOV - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Kenneth Sherman, SBN 152777
sherman@masziplaw.com
Joshua A. Schaul, SBN 251337
schaul@masziplaw.com
MYERS ANDRAS SHERMAN & ZARRABIAN LLP
1411 5th Street, Suite 306
Santa Monica, California 90401-2416
(424) 229-6800 FAX (424) 229-6815

James A. McQueen, SBN 117111
jmcqueen@mcqueenashman.com
Sharon L. Bilbeisi, SBN 171994
sbilbeisi@mcqueenashman.com
McQUEEN & ASHMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, California 92612
(949) 223-9601 FAX (949) 223-9611

Attorneys for Plaintiff, American DJ Supply, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN DJ SUPPLY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NSI AUDIO, INC., a California corporation, dba NBI TRADING CO., aka NSIAUDIO.COM, WORLD STEREO II, a California corporation, dba WORLD OF STEREO, aka WORLD OF STEREO II, aka WORLDOFSTEREO.COM, aka WORLDOFSTEREOONLINE.COM, CAR AUDIO DEPOT DISTRIBUTIONS CORPORATION, a California corporation, dba CAR AUDIO DEPOT, aka CAR AUDIO & DJ DEPOT, aka CAR AUDIO WAREHOUSE, aka ONLINECARAUDIOWAREHOUSE.COM, AUDIO PLUS, INC., a California Corporation, dba A PLUS SOUND SYSTEMS, aka A+ SOUND SYSTEMS, aka APLUSSOUNDSYSTEMS.COM,and DOES 1 through 10,<br><br>Defendants. | Case No. CV10-3595 CAS(JEMx)<br><br>**Honorable Christina A. Snyder**<br>**Courtroom 5, 2nd Floor**<br><br>**[redacted] ORDER RE: JOINT STIPULATION FOR PROTECTIVE ORDER** |

# ORDER

The Court, having considered the JOINT STIPULATED PROTECTIVE ORDER agreed to and filed by the parties on October 22, 2010, and for good cause having been shown, hereby:

ORDERS the JOINT STIPULATED PROTECTIVE ORDER be:

☑ APPROVED

☐ DENIED

Dated: 11-1-2010

John E. McDermott
U.S. MAGISTRATE JUDGE

MYERS ANDRAS SHERMAN & ZARRABIAN LLP
1411 5th Street, Suite 306
Santa Monica, California 90401

MCQUEEN & ASHMAN LLP
19900 MacArthur Boulevard, Suite 1150
Irvine, California 92612